**Bobby Lee BROWN, Petitioner–Appellant,**

v.

**Mildred RIVERA, Warden FCI Estill, Respondent–Appellee.**

**No. 13–6116.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

Bobby L. Brown, Appellant Pro Se. Susan Zalkin Hitt, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Lee Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Brown v. Rivera,* No. 9:12–cv–00947–DCN, 2013 WL 146003 (D.S.C. Jan. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*